UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | Master Docket No. M:05-CV-01699-CRB |
| THIS RELATES TO: DOROTHY H. BOUDREAUX VS. PFIZER INC., NICOLE MORRIS, KELLY KROUTTER MARCI WALLER and BOB BRIGGS | § § § § § | MDL No. 1699<br><br>MDL Case No. 3:05-CV-04596-CRB |

## STIPULATION OF DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE

It is STIPULATED and AGREED between Plaintiff, Dorothy Boudreaux, and Defendants, Pfizer, Inc., ("Pfizer"), Nicole Morris, Kelly Kroutter, Marci Waller, and Bob Briggs that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed in its entirety as to Defendants, Pfizer, Inc., Nicole Morris, Kelly Kroutter, Marci Waller, and Bob Briggs without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph:

It is further STIPULATED and AGREED that should plaintiff or a representative on her behalf re-file Plaintiff's claims against Pfizer, Inc., Nicole Morris, Kelly Kroutter, Marci Waller, and Bob Briggs they will do so only in the United States District Court in which venue would be proper, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332 and shall not oppose transfer to MDL 1699.

REAUD, MORGAN & QUINN, L.L.P.

Attorneys for Dorothy Boudreaux

By: _____
J. Trenton Bond

Dated: July 25, 2006

BOUDREAUX: 060705 Stip-Dismiss

CLARK THOMAS & WINTERS

Attorneys for Pfizer, Inc., Nicole Morris, Kelly Kroutter, Marci Waller, and Bob Briggs

By: _____
Kenneth Joseph Ferguson

Dated: July 26, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

August 2, 2006

07/25/2006 TUE 16:46 [TX/RX NO 6311] @002