1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. M:05-CV-01699-CRB

MDL No. 1699

13
14
15

This Order Relates To:

Case No. C 05 4918 CRB,
*Diane Actkinson et al. v. Merck & Co. et al.*

**ORDER CONSOLIDATING LOSS OF CONSORTIUM CLAIMS WITH SUITS IN WHICH SPOUSES' UNDERLYING PERSONAL INJURY CLAIMS ARE MADE**

16
17

Case No. C 05 4596 CRB,
*Dorothy H. Boudreaux v. Pfizer Inc. et al.*

18

Case No. C 05 4592 CRB,
*Linda Dyer v. Pfizer Inc.*

19
20

Case No. C 05 4591 CRB,
*Horace Hebert v. Pfizer Inc. et al.*

21
22

Case No. C 05 4586 CRB,
*John Knight v. Pfizer Inc. et al.*

23
24

Case No. C 05 4917 CRB,
*Sandra H. McClelland v. Merck & Co. et al.*

25

Case No. C 05 4590 CRB,
*John G. Morphis v. Pfizer Inc.*

26
27

Case No. C 05 4587 CRB,
*Dora Jeanne Pickens v. Pfizer Inc. et al.*

28

- 1 -

Case No. C 05 4598 CRB,
*James A. Trainor v. Pfizer Inc.*

Having duly considered Defendant Pfizer Inc.'s Unopposed Motion to Consolidate Consortium Claims, the Court is of the opinion that the relief sought should be in all things granted. Therefore, the Court ORDERS that the plaintiffs' claims for loss of consortium asserted in Case No. C 05 4918 CRB are hereby severed from one another and individually consolidated with the suits in which their respective spouses allege physical injuries as a result of ingesting either Bextra® or Celebrex®.

Specifically, the Court ORDERS these cases severed and consolidated as follows:

The loss of consortium claim asserted by Plaintiff Lester Boudreaux in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *Dorothy H. Boudreaux v. Pfizer Inc. et al.*, Case No. C 05 4596 CRB;

The loss of consortium claim asserted by Plaintiff Steve Dyer in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *Linda Dyer v. Pfizer Inc.*, Case No. C 05 4592 CRB;

The loss of consortium claim asserted by Plaintiff Billie Hebert in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *Horace Hebert v. Pfizer Inc. et al.*, Case No. C 05 4591 CRB;

The loss of consortium claim asserted by Plaintiff Earnestine Knight in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *John Knight v. Pfizer Inc. et al.*, Case No. C 05 4586 CRB;

The loss of consortium claim asserted by Plaintiff Ronald McClelland in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *Sandra H. McClelland v.*

*Merck & Co. et al.*, Case No. C 05 4917 CRB;

The loss of consortium claim asserted by Plaintiff Cherryl L. Morphis in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *John G. Morphis v. Pfizer Inc.*, Case No. C 05 4590 CRB;

The loss of consortium claim asserted by Plaintiff George Pickens in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *Dora Jeanne Pickens v. Pfizer Inc. et al.*, Case No. C 05 4587 CRB; and

The loss of consortium claim asserted by Plaintiff Elizabeth Trainor in Case No. C 05 4918 CRB is hereby severed from that matter and consolidated with *James A. Trainor v. Pfizer Inc.*, Case No. C 05 4598 CRB.

These matters are consolidated as set forth above for all further proceedings and purposes, including trial. The Court hereby directs the Clerk to close Case No. C 05 4918 CRB. Counsel are instructed to make any future filings pertaining to the individual loss of consortium claims in the respective cases into which they have been consolidated.

IT IS SO ORDERED.

Dated: __August 30__, 2006

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



- 3 -