UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | Master Docket No. M:05-CV-01699-CRB |
| THIS RELATES TO: LESTER BOUDREAUX VS. PFIZER INC., NICOLE MORRIS, KELLY KROUTTER MARCI WALLER and BOB BRIGGS | § § § § | MDL No. 1699  MDL Case No. 3:05-CV-04596-CRB |

## STIPULATION OF DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE

All of Plaintiff Dorothy H. Boudreaux's claims were dismissed without prejudice on August 2, 2006 per the Stipulation of Dismissal of Entire Case without Prejudice filed on July 27, 2006 (Docket Entry #5). On August 30, 2006, the loss of consortium claims asserted by Plaintiff Lester Boudreaux in Case No. 3:05-CV-04918 were severed from that matter and consolidated with *Dorothy H. Boudreaux v. Pfizer Inc. et al.*, Case No. 3:05-CV-04596-CRB (Docket Entry #6).

It is, therefore, STIPULATED and AGREED between Plaintiff, Lester Boudreaux, and Defendants, Pfizer Inc., Nicole Morris, Kelly Kroutter, Marci Waller, and Bob Briggs ("Defendants") that, pursuant to Fed. R. Civ. P. 41(a)(1), the action captioned above is hereby dismissed in its entirety as to Defendants without costs to any party. This dismissal is without prejudice and subject to the conditions set forth in the following paragraph:

It is further STIPULATED and AGREED that should Plaintiff or a representative on his behalf re-file Plaintiff's claims against Defendants they will do so only in the United States District Court in which venue would be proper, without joining any parties whose joinder would defeat diversity jurisdiction pursuant to 28 U.S.C. § 1332 and shall not oppose transfer to MDL 1699.

REAUD, MORGAN & QUINN, L.L.P.

Attorneys for Lester Boudreaux

By: _____
    J. Trenton Bond

Dated: October 26, 2006

CLARK THOMAS & WINTERS

Attorneys for Pfizer Inc., Nicole Morris, Kelly Kroutter, Marci Waller, and Bob Briggs

By: _____
    Kenneth Joseph Ferguson

Dated: October 25, 2006

IT IS SO ORDERED.

Dated: __October 27__, 2006

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" signed by Judge Charles R. Breyer]*